IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

1) ALEJANDRO ORTIZ-MENDEZ
a/k/a Andrew, a/k/a Andro
(Counts One, Two, Three, Four, Five, Eleven, Twelve, Thirteen)
2) LEONEL ORTIZ-MENDEZ
(Counts One, Two, Three, Six, Twelve, Thirteen)
3) EDGARDO J. LOPEZ-RODRIGUEZ
a/k/a Gato
(Counts One, Two, Seven, Twelve, Thirteen)
4) LEONEL U. DELIZ-QUIÑONES
(Counts, One, Two, Twelve, Thirteen)
5) HECTOR CANDELARIA-RIVERA
(Counts One, Two, Eight, Twelve, Thirteen)
6) PEDRO GONZALEZ-RODRIGUEZ
(Counts One, Two, Nine, Twelve, Thirteen)
**7) LYDIA GARCIA-GONZALEZ**
(Counts One, Two, Three, Four, Twelve, Thirteen)
8) JESSICA AMADOR-GARCIA
(Counts One, Two, Four, Twelve, Thirteen)
9) FRANCISCO ESPADA-MENDEZ
(Counts One, Two, Ten, Twelve, Thirteen)
10) TOMAS ORTIZ-MARGARIDA
(Counts One, Two, Twelve, Thirteen)

Defendants

CRIMINAL 03-0355CCC

# O R D E R

Before the Court is the United States' Objection to Pre-Sentence Investigation Report (PSR) (**docket entry 300**), where it challenges the inclusion in the PSR of the names of nine individuals identified as members of the conspiracy charged which were not so named in the indictment. The government admits that the nine individuals listed as members of the money-laundering conspiracy can be classified as unindicted co-conspirators, but claims that inclusion of their names in the PSR may "potentially" affect any existing investigation. The government falls short of stating, however, that an investigation concerning those nine individuals is currently ongoing. Given that the nine individuals listed in the PSR did participate in the money-laundering activities described on it, and there is no evidence that the government is currently

investigating their involvement in the events which led to the filing of the Indictment in this case, the information on their names and amounts laundered will remain in the PSR.  Accordingly, the United States' Objection (**docket entry 300**) is OVERRULED.

    SO ORDERED.

    At San Juan, Puerto Rico, on September 12, 2005.

                          S/CARMEN CONSUELO CEREZO
                          United States District Judge